

FILED
CLERK, U.S. DISTRICT COURT

NOV - 5 2019

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Josh Wayne Tarbell-Engel<br>Defendant. | Case No.: ED 19-594M<br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(✓) information in the Pretrial Services Report and Recommendation

(✓) information in the violation petition and report(s)

(✓) the defendant's nonobjection to detention at this time

( ) other: _____

1

| | /and/ or |
|---|---|
| B. (✓) | The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: |

(✓) information in the Pretrial Services Report and Recommendation
(✓) information in the violation petition and report(s)
(✓) the defendant's nonobjection to detention at this time
( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 11/5/19

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE